Josh M. Snell, Bar #021602
Nicole M. Prefontaine, Bar #035543
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1790
Fax: (602) 200-7815
jsnell@jshfirm.com
nprefontaine@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant 99 Cents Only Stores, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Brinceno, Individually,<br><br>                                 Plaintiff,<br><br>v.<br><br>99 Cents Only Store, LLC, a Foreign Entity,<br><br>                                 Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

1. This Action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Jennifer Brinceno, Individually, Plaintiff v. 99 Cents Only Stores, LLC, a Foreign Entity; John Does I-X and Jane Does I-X; individually and/or as husband and wife; Black Corporations I-X and White Limited Partnerships I-X, Defendants*, docket number CV2019-009209. A copy of the initial pleadings is attached hereto as Exhibit A.

2. The Complaint was filed on October 15, 2019.

3. A copy of the Complaint was served on Defendant's statutory agent, CT Corporation System, on December 20, 2019.

8130721.1

4. Defendant is a California Corporation with its principal place of business in California. Defendant 99 Cents Only Stores' "nerve center" is also in California.

5. Plaintiff Jennifer Brinceno is a resident of the State of Arizona. According to the Complaint, Plaintiff resides in Phoenix, Maricopa County, Arizona.

6. Plaintiff allegedly slipped and fell at one of Defendant's Arizona locations. Plaintiff's medical specials exceed $75,000.

7. Plaintiff alleges her general damages exceed $75,000, and therefore, she seeks more than $300,000 in total damages arising out this Action. *See* Exhibit B.

8. The United States District Court for the District of Arizona is the Court embracing the place wherein such action is pending in state court.

9. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between a citizen of a State and a citizen of a foreign state. Based these allegations and those contained in the Complaint, this Action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

10. This Notice of Removal is being filed within 30 days after the Service of the Complaint.

11. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of Superior Court of the State of Arizona, in and for the County of Maricopa.

12. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit C.

WHEREFORE, Defendant respectfully requests that this Action be removed to this Court.

DATED this 14th day of January, 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Josh M. Snell
Nicole M. Prefontaine
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant 99 Cents Only Stores, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Thomas J. Howard
LERNER & ROWE, PC
2701 E. Camelback Road, Suite 140
Phoenix, Arizona 85016
T: (602) 977-1901
thoward@lernerandrowe.com
Attorneys for Plaintiff


/s/Rachel Barajas