# EXHIBIT A

**Service of Process Transmittal**
12/20/2019
CT Log Number 536852165

**TO:**   Evelynn Romero
99 Cents Only Stores
4000 Union Pacific Ave
Commerce, CA 90023-3202

**RE:**   **Process Served in Arizona**

**FOR:**   99 Cents Only Stores LLC  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JENNIFER BRINCENO, PLTF. vs. 99 CENTS ONLY STORE, LLC, ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | Summons, Certificate, Demand, Complaint |
| **COURT/AGENCY:** | MARICOPA COUNTY - SUPERIOR COURT, AZ<br>Case # CV2019009209 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 05/15/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/20/2019 at 11:04 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Calendar Days Fi:om The Date You Were Served, Not Counting The Day You Were Served (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Thomas J. Howard<br>LERNER & ROWE, P.C.<br>2701E. Camelback Rd., Ste. 140<br>Phoenix, AZ 85016<br>602-977-1901 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780138452702<br><br>Image SOP<br><br>Email Notification,  Evelynn Romero  evelynn.romero@99only.com<br><br>Email Notification,  Mary Kasper  mary.kasper@99only.com<br><br>Email Notification,  Mary Kay Delgado  marykay.delgado@99only.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995 |
| **TELEPHONE:** | 602-248-1145 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

1   **LERNER & ROWE, P.C.**
    Thomas J. Howard, SBN 09125
2   2701 E. Camelback Rd., Ste. 140
    Phoenix, AZ 85016
3   Telephone: (602) 977-1900
    Fax: (602) 977-1901
4   *thoward@lernerandrowe.com*
    *minute_entries@lernerandrowe.com*
5   *Attorney for Plaintiff*



COPY

OCT 1 5 2019

CLERK OF THE SUPERIOR COURT
S. MONTUORI
DEPUTY CLERK

6

7   **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

8   **IN AND FOR THE COUNTY OF MARICOPA**

9                                               CV2019-009209

10  JENNIFER BRINCENO, Individually,        No. _____

11                     Plaintiff,

12  vs.                                     **COMPLAINT**

13  99 CENTS ONLY STORE, LLC, a Foreign    (Tort/Non Motor Vehicle -
    Entity; JOHN DOES I-X and JANE DOES I-X, Premises Liability; Negligence)
14  individually and/or as husband and wife; BLACK
15  CORPORATIONS I-X and WHITE LIMITED
    PARTNERSHIPS I-X,
16

17                     Defendants.

18

19      Plaintiff, by and through counsel undersigned, for her Complaint hereby alleges as

20  follows:

21

22                              **PARTIES**

23      1.  Plaintiff is a resident of Phoenix, Maricopa County, Arizona.

24      2.  Defendant 99 Cents Only Store, LLC is a California company authorized to conduct

25          business in the State of Arizona.

26

27      3.  Defendants John and Jane Does I – X are individuals and/or married couples whose

28          identities are presently unknown to Plaintiff, and so are sued under an alias.  The true

            names of Defendants John and Jane Does I – X will be substituted when the true

                                    -1-

names are learned. Defendants John and Jane Does I - X, if married, at all times relevant hereto acted for and on behalf of their marital community.

4. Defendants Black Corporations I – X and White Corporations I - X are corporations, limited partnerships, limited liability concerns, or other business entities, either chartered within Arizona or authorized to do business in the State of Arizona, but whose identities are presently unknown to Plaintiff, and so are sued under an alias. The true names of Defendants Black Corporations I – X and White Corporations I – X will be substituted when their true names are learned.

## GENERAL ALLEGATIONS

5. Plaintiff reasserts and reavers Paragraphs 1 through 4 of her Complaint as though expressly set forth herein.

6. At all times relevant hereto, Defendants, and each of them, owned, operated and maintained the 99 Cents Only Store located at 6018 South Central Avenue, Arizona (hereinafter referred to as "the Store").

7. Defendants, and each them, caused certain acts to occur on March 15, 2018, in Phoenix, Maricopa County, Arizona.

8. Defendants, and each of them, are liable in tort for the acts and omissions caused by them on or about March 15, 2018, in Phoenix, Maricopa County, Arizona.

9. Defendants, and each of them, are liable in tort for the acts and omissions of their agents, servants, employees, contractors, and subcontractors on or about March 15, 2018, in Phoenix, Maricopa County, Arizona.

## COUNT I – NEGLIGENCE

10. Plaintiff reasserts and reavers Paragraphs 1 through 10 of her Complaint as though expressly set forth herein.

11. On or about March, 15 2018, Plaintiff was an invitee at Defendant's Store.

12. On or about March 15, 2018, in the exercise of due care, Plaintiff was walking out towards the properties cash register and slipped on an orange liquid causing Plaintiff to lose her balance and subsequently fall causing her to sustain severe and permanent injuries.

13. As a direct result of the Defendants' breach of duty, Plaintiff suffered serious injuries with attendant pain and suffering.

14. While as an invitee at the Defendants' Store, Plaintiff was injured by a condition that was unexpected, unknowable, and dangerous to her. There were no warnings and/or cautionary signs posted to alert Plaintiff and/or other invitees to the potentially harmful hazard that was present on the Defendants' Store.

15. At no time did the Defendants, and each of them, and/or any of their agents, issue a warning to the Plaintiff and/or other invitees of the Store of the potential hazard that was present.

16. The Defendants' Store was poorly maintained or otherwise allowed to remain in a condition which was hazardous to the health of the Plaintiff.

17. Maintenance of the Defendants' Store was the obligation of the Defendants, and each of them. This non-delegable duty required that the Store be maintained in a condition, which was safe and free from known and unknown hazards and to protect

invitees from dangers, and that the Defendants, and each of them, inspect the Store for such hazards.

18. By reason of the acts and omissions set forth above, Defendants, and each of them, breached their duty to Plaintiff to offer a safe and hazard-free environment, which directly resulted in Plaintiff's fall and severe injuries.

19. As a direct and proximate result of Defendants', and each of them, tortuous actions, Plaintiff was injured and has incurred and will incur medical and other expenses as well as personal injury, pain and suffering.

20. Defendants, and each of them, were negligent by not inspecting the Store for this hazard and/or for failing to warn Plaintiff of the dangerous condition upon the Store.

21. Defendants, and each of them, and their agents, servants, employees, contractors and subcontractors' negligent, wanton, careless and reckless inspection and maintenance of the Store, and creation of a hazard upon the Store, directly and proximately caused Plaintiff to experience great pain and suffering, inconvenience, curtailment of her usual activities, loss of enjoyment of life, and will cause Plaintiff to experience great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

22. Defendants', and each of them, negligent, wanton, careless and reckless inspection and maintenance upon Defendants' Store, and creation of a hazard upon the Store, directly and proximately caused Plaintiff to incur expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this incident, and will continue to incur such expenses in the future.

-4-

23. By reason of the acts and omission set forth above, Defendants, and each of them, breached their duty to Plaintiff to offer a safe and hazard-free environment, which directly resulted in Plaintiff's injuries.

24. As a direct and proximate result of Defendants', and each of them, tortuous actions, Plaintiff was injured and has incurred and will incur medical and other expenses as well as personal injury, pain and suffering.

25. Defendants, and each of them, breached that duty of care, directly and proximately causing Plaintiff's damages.

26. Defendants', and each of them, actions were in violation of certain Arizona statutes, thereby constituting negligence *per se*.

**WHEREFORE,** Plaintiff prays for Judgment against Defendants, and each of them, as follows:

1.  For general damages in an amount to be proven at trial of this matter;

2.  For special damages in an amount to be proven at trial of this matter;

3.  For such other and further relief as this Court deems meet and just.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1   **RESPECTFULLY SUBMITTED** this _10th_ day of October, 2019.

2

3

4                                            **LERNER & ROWE, P.C.,**

5

6                                By

7                                   Thomas J. Howard, Esq.
8                                   2701 E. Camelback Road, Ste. 140
                                    Phoenix, Arizona 85016
9                                   *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

**COPY**

**LERNER & ROWE, P.C.**
1   Thomas J. Howard, SBN 09125
    2701 E. Camelback Rd., Ste. 140
2   Phoenix, AZ  85016
3   Telephone:  (602) 977-1900
    Fax:  (602) 977-1901
4   *thoward@lernerandrowe.com*
    *minute_entries@lernerandrowe.com*
5   Attorneys for Plaintiff

OCT 1 5 2019

CLERK OF THE SUPERIOR COURT
S. MONTUORI
DEPUTY CLERK

6

7          IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF MARICOPA

9

10  JENNIFER BRINCENO, Individually,        No.    CV2019-009209

11                Plaintiff,

12  vs.

13  99 CENTS ONLY STORE, LLC, a Foreign     **PLAINTIFF'S CERTIFICATE**
    Entity; JOHN DOES I-X and JANE DOES I-X, **REGARDING COMPULSORY**
14  individually and/or as husband and wife; **ARBITRATION**
15  BLACK CORPORATIONS I-X and WHITE
    LIMITED PARTNERSHIPS I-X,               (Tort/Non Motor Vehicle -
16                                          Premises Liability; Negligence)

17                Defendants.

18

19          The undersigned certifies that he knows the dollar limits and any other limitations set

20

21  forth by the local rules of practice for the applicable superior court, and further certifies that this

22  case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 77 of the

23  Arizona Rules of Civil Procedure.

24          . . .

25          . . .

26          . . .

27          . . .

28

-1-

1    **RESPECTFULLY SUBMITTED** this ⟋⟍ day of October, 2019.

2

3

4                          **LERNER & ROWE, P.C.,**

5

6            By

7                          Thomas J. Howard, Esq.

8                          2701 E. Camelback Road, Ste. 140
Phoenix, Arizona  85016

9                          *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COPY**

1   **LERNER & ROWE, P.C.**
    Thomas J. Howard, SBN 09125
2   2701 E. Camelback Rd., Ste. 140
    Phoenix, AZ 85016
3   Telephone: (602) 977-1900
    Fax: (602) 977-1901
4   _thoward@lernerandrowe.com_
    _minute_entries@lernerandrowe.com_
5   Attorneys for Plaintiff

OCT 1 5 2019

CLERK OF THE SUPERIOR COURT
S. MONTUORI
DEPUTY CLERK

6

7          **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

8              **IN AND FOR THE COUNTY OF MARICOPA**

9

10  JENNIFER BRINCENO, Individually,          No.  CV2019-009209

11                  Plaintiff,

12  vs.

13  99 CENTS ONLY STORE, LLC, a Foreign       **PLAINTIFF'S DEMAND FOR JURY**
    Entity; JOHN DOES I-X and JANE DOES I-X,  **TRIAL**
14  individually and/or as husband and wife;
15  BLACK CORPORATIONS I-X and WHITE          (Tort/Non Motor Vehicle -
    LIMITED PARTNERSHIPS I-X,                 Premises Liability; Negligence)
16
17                  Defendants.

18

19       Plaintiff, by and through counsel undersigned, and pursuant to Ariz. R. Civ. P. 38(a)-(b)

20  hereby **DEMANDS TRIAL BY JURY ON ALL COUNTS.**

21

22       **RESPECTFULLY SUBMITTED** this _10th_ day of October, 2019.

23                              **LERNER & ROWE, P.C.,**

24

25

26                          By _____
                               Thomas J. Howard, Esq.
27                             2701 E. Camelback Road, Ste. 140
                               Phoenix, Arizona 85016
28                             _Attorney for Plaintiff_

                              -1-

*12/20/19*
*11: 02 am*
*Mr*

1

**LERNER & ROWE, P.C.**
Thomas J. Howard, SBN 09125

2   2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016

3   Telephone: (602) 977-1900
Fax: (602) 977-1901

4   *thoward@lernerandrowe.com*
*minute_entries@lernerandrowe.com*

5   Attorneys for Plaintiff

6

7              **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

8                      **IN AND FOR THE COUNTY OF MARICOPA**

9

10                                                  No. __CV2019-009209__

     JENNIFER BRINCENO, Individually,
11

12                          Plaintiff,          **SUMMONS**

13   vs.

14   99 CENTS ONLY STORE, LLC, a Foreign        (Tort/Non Motor Vehicle -
     Entity; JOHN DOES I-X and JANE DOES I-X,   Premises Liability; Negligence)
15   individually and/or as husband and wife;
     BLACK CORPORATIONS I-X and WHITE
16   LIMITED PARTNERSHIPS I-X,

17
                             Defendants.
18

19        **WARNING:  This is an official document from the court that affects your rights.**
          **Read this carefully.  If you do not understand it, contact a lawyer for help.**
20

21        **STATE OF ARIZONA TO:**       **99 Cents Only Stores LLC**
                                         **S/A CT Corporation System**
22                                       **3800 N CENTRAL AVE SUITE 460,**
                                         **PHOENIX, AZ 85012**
23

24        1.   A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are
     served upon you with this "Summons".
25

26        2.   If you do not want a judgment or order taken against you without your input, you must
     file an "Answer" or a "Response" in writing with the court and pay the filing fee.  If you do not
27   file an "Answer" or "Response", the other party may be given the relief requested in the Petition
     or Complaint.  To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to
28   the Office of the Clerk of the Court of the Superior Court, 201 West Jefferson Street, Phoenix,
     Arizona  85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive,

                                            -1-

1  Mesa, Arizona  8501-62901 or Office of the Clerk of the Superior Court, 14264 West Tierra
2  Buena Lane, Surprise, Arizona 85374.  You must mail a copy of your "Response" or "Answer" to
   the other party listed at the top of this summons.

3

4        3.    If this "Summons" and other court papers were served upon you by a registered process
   server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed
5  within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day
   you were served.  If this "Summons" and other papers were served on you by a registered process
6  served or the Sheriff outside the State of Arizona, your "Response" or "Answer" must be filed
7  within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day
   you were served.  Service by a registered process server or the Sheriff is complete when made.
8  Service by Publication is complete thirty (30) days after the date of the first publication.

9        4.    If this "Summons" and other court papers were served upon you through service of
10 process upon the Director of the Arizona Department of Insurance as an insurer's attorney to
   receive service of legal process against it in the State of Arizona, no further proceedings shall be
11 had against the insurer, and the insurer shall not be required to appear, answer or plead until
12 expiration of FORTY (40) CALENDAR DAYS after date of such service upon the director.

13       5.    If this "Summons" and other court papers were served upon you through service of
14 process upon the Director of the Arizona Department of Transportation pursuant to A.R.S. § 28-
   2327, then service shall be deemed complete thirty days after filing defendant's return receipt and
15 plaintiff's affidavit of compliance, as required by A.R.S. § 28-2327, subsection A, paragraph 1, or,
16 in case of personal service out of the state under A.R.S. § 28-2327, subsection A, paragraph 2,
   thirty days after filing the officer's return of such personal service. The defendant shall appear and
17 answer within thirty days after completion of such service in the same manner and under the same
18 penalties as if the defendant had been personally served with a summons within the county in
   which the action is pending.

19
        6.    You can get a copy of the court papers in this case from the Plaintiff/Attorney listed at
20 the top of this summons, or from the Clerk of the Superior Court's Customer Service Center at
21 601 West Jackson Street, Phoenix, Arizona 85003 or at 222 East Javelina Drive, Mesa, Arizona
   85210.
22

23       7.    Requests for reasonable accommodation for persons with disabilities must be made to
   the court by parties at least three (3) working days in advance of a scheduled court proceeding.
24

25       8.    Requests for an interpreter for persons with limited English proficiency must be made to
   the office of the judge or commissioner assigned to the case by parties at least ten (10) judicial
26 days in advance of a scheduled court proceeding.

27   **SIGNED AND SEALED THIS DATE:**
     **CLERK OF THE COURT**
28
                                          By _____
                                              Deputy Clerk

**COPY**

OCT 1 5 2019



CLERK OF THE SUPERIOR COURT
S. MONTUORI
DEPUTY CLERK

-2-

**LERNER & ROWE, P.C.**
Thomas J. Howard, SBN 09125
2701 E. Camelback Rd., Ste. 140
Phoenix, AZ 85016
Telephone: (602) 977-1900
Fax: (602) 977-1901
*thoward@lernerandrowe.com*
*minute_entries@lernerandrowe.com*
Attorneys for Plaintiff

**COPY**

OCT 1 5 2019

CLERK OF THE SUPERIOR COURT
S. MONTUORI
DEPUTY CLERK

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

JENNIFER BRINCENO, Individually,

Plaintiff,

vs.

99 CENTS ONLY STORE, LLC, a Foreign
Entity; JOHN DOES I-X and JANE DOES I-X,
individually and/or as husband and wife;
BLACK CORPORATIONS I-X and WHITE
LIMITED PARTNERSHIPS I-X,

Defendants.

No. _CV2019-009209_

**PLAINTIFF'S CERTIFICATE
REGARDING TIER SELECTION**

(Tort/Non Motor Vehicle -
Premises Liability; Negligence)

The undersigned certifies that he knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case falls within the requirements for a **TIER 3** case based solely on the damages amount, however, the undersigned agrees to the discovery and disclosure limitations of a **TIER 2** case.

...

...

...

...

- 1 -

1

**RESPECTFULLY SUBMITTED** this _____ day of October, 2019.

2

3

4                                                    LERNER & ROWE, P.C.,

5

6                                        By

7                                             Thomas J. Howard, Esq.
                                             2701 E. Camelback Road, Ste. 140
8                                             Phoenix, Arizona  85016
                                             *Attorney for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT B



Glen J. Lerner, Esq.*
Kevin M. Rowe, Esq.♦
Edward L. Earle, Esq.
Richard G. Hutchison, Esq. ♪
Jesse N. Gran, Esq.
Cherise N. Warren, Esq.
Scott H. Zeitler, Esq.
Dean P. Fox, Esq.
Tyler M. Sorensen, Esq.
Matthew C. Hobbins, Esq.
Gregory A. Terhune, Esq.▲
Nicholas G. Smith, Esq. ▲
R. Alan Bostock, Esq.
Ty R. Catmull, Esq.

David T. Panzarella, Esq.
▪ Thomas J. Howard, Esq.
Heather A. Cornwell, Esq.
Matthew S. Feinman, Esq.
Chad J. Schatz, Esq.
David N. Hernandez, Esq.£
Garrett D. Johnson, Esq.
Jeremy B. Ashworth, Esq.
Nicholas P. Edgson, Esq.

Of Counsel
+ Jeffrey D. Cahill, Esq.
^ Baxter O. Baldwin, Esq.
♠ Joseph B. Ori, Esq.

January 14, 2019

Broadspire
PO Box 14352
Lexington, KY 40512
Attention: Jane G Legg

USPS TRACKING #
& CUSTOMER
RECEIPT
**9114 9023 0722 4125 6663 36**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

RE: Our Client: Jennifer Briceno
Your Insured: 99 Cent Store
Claim No: 1886999000-001
Date of Loss: 3/15/2018
Lerner & Rowe File No.: 18106278ARW

## SETTLEMENT DEMAND

Dear Ms Legg:

With respect to the above-referenced matter, please find enclosed herewith a copy of the incident report, our client's **presently-available** accident-related narrative medical reports, medical records, and itemized statements for your review and evaluation.

Your attention is specifically invited to the following listing of our client's accident-related medical special damages, provided herein for your ease of reference.

| Provider | Dates of Service | Amount |
|---|---|---|
| AZ General Hospital | 3/15/2018 | $5,922.00 |
| National Medical Professionals | 3/15/2018 | $630.00 |
| Synergy Radiology Associates | 03/05/2018 | $236.00 |
| Emergency Chiropractic | 03/21/2018- 0710/2018 | $5,724.65 |
| Healthy Life Corp | 03/20/2018-04/16/2018 | $262.00- SUPPLEMENT |
| Millennium Labs | 03/15/2015 | $405.00 |
| Simonmed | 03/27/2018 | $4,205.24 |
| Comprehensive Pain Management | 04/06/2018-09/07/2018 | $10,475.00 |
| Spooner Physical Therapy | 07/06/2018 | $249.00 |
| North Valley Surgery Center | 07/31/2018 | $3,290.00 |
| Pain and Spine | 09/06/2018 | $28,435.00 |
| Grand Canyon Anesthesiology | 07/31/2018-10/03/2018 | $5,625.00 |

* Licensed in Nevada only
♦ Also Licensed in OR, WA, IL and NM
▲ Also Licensed in WA
▪ Certified Specialist Personal Injury and Wrongful Death
+ Licensed in FL and MN only
^ Licensed in CA only
♪ Also Licensed in TN
♠ Also Licensed in IL
£ Also Licensed in NM

2323 N. Campbell Ave., * Tucson, Arizona 85719
(520) 977-1900 * Fax: (520) 325-9066
Biltmore Park * Glendale * Arrowhead * Mesa
Gilbert * Bullhead City * Tucson * Yuma

Tennessee ● New Mexico

www.LernerandRowe.com

Broadspire
Our Client: Jennifer Briceno
Date of accident: 3/15/2018

| Wage Loss | 7 months missed - $1,200 made monthly | $8,400.00 |
|---|---|---|
| Prescriptions | | $168,.87 |
| **Total Specials** | | **$75,508.76** |



Very truly yours,

RICHARD G. HUTCHISON, ESQ.
Law Offices of
LERNER & ROWE, PC

RGH/CS
Enclosures

# EXHIBIT C

1    Josh M. Snell, Bar #021602
     Nicole M. Prefontaine, Bar #035543
2    JONES, SKELTON & HOCHULI, P.L.C.
     40 North Central Avenue, Suite 2700
3    Phoenix, Arizona 85004
     Telephone: (602) 263-1790
4    Fax: (602) 200-7815
     jsnell@jshfirm.com
5    nprefontaine@jshfirm.com
     minuteentries@jshfirm.com
6
     Attorneys for Defendant 99 Cents Only
7    Stores, LLC

8
                **SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                        **COUNTY OF MARICOPA**
10

11   JENNIFER BRINCENO, Individually,           NO. CV2019-009209

12                              Plaintiff,      **NOTICE OF FILING OF NOTICE OF
                                                REMOVAL**
13         v.
                                                (Assigned to the Honorable Danielle Viola)
14   99 CENTS ONLY STORE, LLC, a Foreign
     Entity; JOHN DOES I-X and JANE DOES I-
15   X, individually and/or as husband and wife;
     BLACK CORPORATIONS I-X and WHITE
16   LIMITED PARTNERSHIPS I-X,

17                              Defendants.

18
           Defendant 99 Cents Only Stores, LLC, by and through undersigned counsel and
19
     pursuant to 28 U.S.C. § 1441 et seq., notifies this Court that it filed a Notice of Removal of this
20
     action to the United States District Court for the District of Arizona. A copy of the Notice of
21
     Removal (exclusive of exhibits) is attached as Exhibit A.
22

23

24

25

8130856.1

1         DATED this 14th day of January 2020.

2                                 JONES, SKELTON & HOCHULI, P.L.C.

3

4                          By _____

5                             Josh M. Snell
                            Nicole M. Prefontaine

6                             40 North Central Avenue, Suite 2700
                            Phoenix, Arizona  85004

7                             Attorneys for Defendant 99 Cents Only Stores,
                            LLC

8

9 ORIGINAL of the foregoing electronically filed
this 14th day of January 2020.

10

11 COPY of the foregoing mailed/e-mailed
this 14th day of January 2020, to:

12 Thomas J. Howard
LERNER & ROWE, PC

13 2701 E. Camelback Road, Suite 140
Phoenix, Arizona 85016

14 T: (602) 977-1901
thoward@lernerandrowe.com

15 Attorneys for Plaintiff

16 _/s/Rachel Barajas_ _____

17

18

19

20

21

22

23

24

25

26